**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
      **Plaintiff,**

  v.                                    Case No. 12-CR-88

**MAZHER KHAN**
      **Defendant.**

## ORDER

**IT IS ORDERED** that defendant may file a reply to the government's response to his motion for early termination on or before **October 24, 2014**.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2014.

                                      /s Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge